OFFICE OF THE CLERK
United States District Court
Middle District of Pennsylvania
U.S. COURTHOUSE
235 North Washington Avenue
P.O. Box 1148
Scranton, PA., 18501-1148

Samson Omosefunmi
#026864117
Buffalo Fed. Det. Fac.
4250 Federal Drive
Batavia, NY., 14020
Dec. 22nd, 2000.

RE:  OMOSEFUNMI Vs. YORK COUNTY PRISON, THOMAS HOGAN(WARDEN),ET.,AL.
DKT. #: 00- 2228

TO WHOM IT MAY CONCERN

Effective immediately,I Samson Omosefunmi,hereby notify
you of my address,my new address is: 4250 Federal Drive,
Batavia, NY., 14020.

Please forward all my correspondence to my new address
above.

Thank you for your cooperation.

Very Truly Yours,

Samson Omosefunmi

CERTIFICATE OF SERVICE

I hereby certify that on
this day a true copy of
the above document was
served upon the attorney
of record for each party
by mail.

Dated: 12/22/00

cc:  Clerk of Court
     Assistant District Attorney
     Defendant's Attorney
     Massachusetts Appallate Court
     Supreme Judicial Court of Massachusetts
     United States District Court
     United States Court of Appeals

FILED
SCRANTON

DEC 2  2000

PER
DEPUTY CLERK