IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMSON OMOSEFUNMI, :
     Plaintiff
      :

vs. : CIVIL ACTION NO. 1:CV-00-2228

      :
YORK COUNTY PRISON, et al.,
     Defendants :

**FILED**
HARRISBURG, PA

DEC 2 7 2000

O R D E R

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

AND NOW, this 27th day of December, 2000, in connection with the pro se Plaintiff's application to proceed in forma pauperis, it is ordered that:

    1. Within 20 days of the date of this order, the Plaintiff shall complete and file the attached application and authorization forms.

    2. If he fails to do so, this action will be dismissed.

                             William W. Caldwell
                             United States District Judge

AO 72A
(Rev 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Samson Omosefunmi                    :
                                     :
_____          :     1:CV-00-2228
                                     :     Civil Case No.
_____          :
                                     :
_____          :
                                     :
    Name of Plaintiff(s)             :     William W. Caldwell
                                     :     Judge
         v.                          :
                                     :
York County Prison, et al.           :     (Number and Judge to be
                                     :      assigned by court)
_____          :
                                     :
_____          :
                                     :
    Name of Defendant(s)             :

### APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. _____    I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _____    I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?    Yes _____    No _____

    (a)  If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
         Yes _____    No _____

    (b)  Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.  (a)  Are you presently employed at the Institution?  Yes ____  No ____

    (b)  If yes, what is your monthly compensation?  $_____

5.  Do you own any cash or other property; have a bank account; or receive money from any source?  Yes _____  No _____

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
              (Date)                     (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

# AUTHORIZATION
(Prisoner's Account Only)

Case No. __1:CV-00-2228__

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __Samson Omosefunmi_____, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2000

_____
Signature of Prisoner

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 27, 2000

Re:  1:00-cv-02228    Omosefunmi v. York County Prison

True and correct copies of the attached were mailed by the clerk
to the following:

    Samson Omosefunmi
    CTY-YORK
    York County Prison
    3401 Concord Road
    York, PA  17402

*Remailed 12/29/00*
*4250 Federal Dr.*
*Batavia, NY 14020*

```
cc:
Judge                        ( )
Magistrate Judge             (/)
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____12/27/00_____     BY: _____/s/_____
                                     Deputy Clerk