ORIGINAL

Hon. Mary E. D'Andrea
Clerk of Courts
United States District Court
Middle District of Pennsylvania
U.S. COURTHOUSE
228 Walnut Street
P.O. Box 983
Harrisburg, PA., 17108

Samson Omosefunmi
#026864117
Buffalo Federal Det. Fac.
4250 Federal Drive
Batavia, NY., 14020
Jan. 9th, 2001.

RE: OMOSEFUNMI Vs. YORK COUNTY PRISON, ET., AL.
DKT. #: 1:CV-00-2228

FILED
HARRISBURG, PA
JAN 12 2001
MARY E. D'ANDREA, CLERK
Per ___

Dear Hon. Clerk,

    Enclosed for filing, please find the followings:
(1) PLAINTIFF'S NEWLY COMPLETED "AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS; AUTHORIZED WITHDRAWAL FORM; CERTIFIED AFFIDAVIT OF INMATE ACCOUNT STATUS", and (2) CERTIFICATE OF SERVICE in the above-referenced case.

    By Court's order dated, 12/27/00, and received on or about 1/3/01, that within 20 days of the date of this order, the plaintiff shall complete and file the attached application and authorization forms. SO ORDER.

    Inadvertently, said application and authorization forms was not attached and included, but nevertheless, this plaintiff have located a very comparable and similarly forms as completed, and certified by the Buffalo Federal Detention Facility ("Affidavit & Authorization For Withdrawal From Inmate Account"), in the instant case.

    Accordingly, please, kindly advise if this form is acceptable for filing as ordered by this Honorable Court on 12/27/00.

    Thank you for your prompt attention to this matter.

Sincerely,
Samson Omosefunmi, Pro Se
1/9/01

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samson Omosefunmi<br>Plaintiff/Petitioner,<br><br>v.<br><br>YORK COUNTY PRISON, &<br>Thomas Hogan, et., al.<br>Defendant/Respondent. | AFFIDAVIT IN SUPPORT OF<br>REQUEST TO PROCEED<br>IN FORMA PAUPERIS; AUTHORIZED<br>WITHDRAWAL FORM; CERTIFIED<br>AFFIDAVIT OF INMATE ACCOUNT<br>STATUS. |

**FILED HARRISBURG**
**JAN 1 2 2001**
MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

### AFFIDAVIT AND AUTHORIZATION
### FOR WITHDRAWAL FROM INMATE ACCOUNT

I, Samson Omosefunmi, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes ( ) No (X)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. _____

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. **9/7/93, SELF-EMPLOYED, TUCKER ST. AUTO SALES, 165 Tucker St., Fall River, MA., 02721**

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?      Yes ( ) No (X)
   b. Rent payments, interest or dividends?          Yes ( ) No (X)
   c. Pensions, annuities or life insurance?         Yes ( ) No (X)
   d. Gifts or inheritances?                         Yes ( ) No (X)
   e. Any other source?                              Yes (X) No ( )

   If you answered yes to any of the above, describe each source and state the amount received from each. **Balance of inmate account , $6.00 received from H.C.H.C., NH.**

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes ( ) No (X) If the answer is yes, state the total value of items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
Yes ( ) No (X)    If the answer is yes, describe the property and state its approximate value.

_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.
<u>Helen O. Omosefunmi (Daughter)</u>
<u>Helena O. Omosefunmi (Daughter)</u>
<u>Stella O. Omosefunmi (Daughter)</u>
<u>Contributed zero amount, due to present incarceration.</u>

### AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this <u>4th</u> day of <u>January</u>, <u>2000</u>.

_____ 1/4/01
Signature of Plaintiff/Petitioner

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

### CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ <u>0</u> in his/her inmate account at the <u>BFDF</u> Institution. Plaintiff has an average monthly balance for the preceding six months of $ <u>0</u>, and the average monthly deposits to said account for the preceding six months are $ <u>0</u>. I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: _____

<u>1-09-01</u>
Date

Authorized Officer
IMMIGRATION & NATURALIZATION SERVICE
BUFFALO FEDERAL DETENTION FACILITY
4250 FEDERAL DRIVE
BATAVIA, NY 14020

2

## CERTIFICATE OF SERVICE

RE: OMOSEFUNMI vs. YORK COUNTY PRISON, ET., AL.
DKT. #: 1:CV-00-2228

    I, Samson Omosefunmi, pro se, hereby certify that a true copy of the following document(s): (1) PLAINTIFF'S NEWLY COMPLETED AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS AUTHORIZED WITHDRAWAL FORM; CERTIFIED AFFIDAVIT OF INMATE ACCOUNT STATUS, have been forwarded by first class mail, postage prepaid to the following party(s) to this action.

    Hon. Mary E. D'Andrea
    Clerk of Courts
    United States District Court
    Middle District of Pennsylvania
    U.S. COURTHOUSE
    228 Walnut Street
    P.O. Box 983
    Harrisburg, PA., 17108

    Signed under the pains and penalties of perjury on this 9th, day of January, 2001.

*[signature] 1/9/01*
Samson Omosefunmi, Pro Se
#026864117
Buffalo Federal Detention Fac.
4250 Federal Drive
Batavia, NY., 14020

Dated: Jan. 9th, 2001.