FILED
HARRISBURG, PA

JAN 18 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

OPEN IN PRESENCE OF INMATE

(9)
1-19-01
sc





OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Samson Omosefunmi
CTY-YORK
York County Prison
3401 Concord Road
York, PA  17402


      Re: 1:00-cv-02228

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMSON OMOSEFUNMI,
    Plaintiff

vs. : CIVIL ACTION NO. 1:CV-00-2228

YORK COUNTY PRISON, et al.,
    Defendants

FILED
HARRISBURG, PA

DEC 27 2000

O R D E R

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

AND NOW, this 27th day of December, 2000, in connection with the pro se Plaintiff's application to proceed in forma pauperis, it is ordered that:

    1. Within 20 days of the date of this order, the Plaintiff shall complete and file the attached application and authorization forms.

    2. If he fails to do so, this action will be dismissed.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Samson Omosefunmi

Name of Plaintiff(s)

v.

York County Prison, et al.

Name of Defendant(s)

1:CV-00-2228
Civil Case No.

William W. Caldwell
Judge

(Number and Judge to be assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. _____ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _____ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No _____

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
       Yes _____   No _____

   (b)   Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.   (a)   Are you presently employed at the Institution?  Yes ____  No ____

      (b)   If yes, what is your monthly compensation?  $_____

5.   Do you own any cash or other property; have a bank account; or receive money from any source?  Yes _____  No _____

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
              (Date)                                (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

# AUTHORIZATION
(Prisoner's Account Only)

Case No. 1:CV-00-2228

NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, Samson Omosefunmi, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2000

_____
Signature of Prisoner