IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Samson Omosefunmi

Name of Plaintiff(s)

v.

York County Prison, et al.

Name of Defendant(s)

1:CV-00-2228
Civil Case No.

William W. Caldwell
Judge

(Number and Judge to be
 assigned by court)

FILED
HARRISBURG
JAN 23 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. __X__    I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __X__    I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __X__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
       Yes _____   No _____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ____ No  X

   (b) If yes, what is your monthly compensation? $_____

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ____ No  X

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   _____

   _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __1/17/01__          ___[signature]___ 1/17/01
             (Date)              (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

CERTIFICATE OF SERVICE

RE: OMOSEFUNMI Vs. YORK COUNTY PRISON, ET., AL.
DKT. #: 1:CV-00-2228

I, Samson Omosefunmi, pro se, hereby certify that a true copy of the following document(s): (1) PLAINTIFF'S COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS; and (2) PLAINTIFF'S COMPLETED AUTHORIZATION FORM, have been forwarded by first class mail, postage prepaid to the following party(s) to this action.

Office Of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. COURTHOUSE
228 Walnut Street
P.O. Box 983
Harrisburg, PA., 17108

FILED
HARRISBURG
JAN 23 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Signed under the pains and penalties of perjury on this 18th, day of January, 2001.

_____ 1/18/01
Samson Omosefunmi, Pro Se
Buffalo Federal Det. Fac.
#026864117
4250 Federal Drive
Unit #A1-136
Batavia, NY., 14020

Dated: Jan. 18th, 2001.