# AUTHORIZATION
(Prisoner's Account Only)

Case No. 1:CV-00-2228

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, Samson Omosefunmi, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: January 17th, 2001, 2000

FILED
HARRISBURG, PA
JAN 23 2001
MARY E. D'ANDREA, CLERK
Per _____

_____ 1/17/01
Signature of Prisoner

CERTIFICATE OF SERVICE

RE: OMOSEFUNMI Vs. YORK COUNTY PRISON, ET., AL.
DKT. #: 1:CV-00-2228

I, Samson Omosefunmi, pro se, hereby certify that a true copy of the following document(s): (1) PLAINTIFF'S COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS; and (2) PLAINTIFF'S COMPLETED AUTHORIZATION FORM, have been forwarded by first class mail, postage prepaid to the following party(s) to this action.

Office Of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. COURTHOUSE
228 Walnut Street
P.O. Box 983
Harrisburg, PA., 17108

FILED
HARRISBURG
JAN 23 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Signed under the pains and penalties of perjury on this 18th, day of January, 2001.

1/18/01
Samson Omosefunmi, Pro Se
Buffalo Federal Det. Fac.
#026864117
4250 Federal Drive
Unit #A1-136
Batavia, NY., 14020

Dated: Jan. 18th, 2001.