COPY

(15)

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Omosefunmi_ vs _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_          _Donald L. Reihart_
DATE                                    SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant York County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA 17402

Party you represent: Thomas Hogan, Warden

FILED
SCRANTON

FEB 26 2001

PER ___ DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Omosefunmi_ vs _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_                              _[signature]_
DATE                                   SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant York County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA 17402

Party you represent: Thomas Hogan, Warden

FILED
SCRANTON
FEB 26 2001
PER ___ DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Omosefunmi_ vs _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_                            _Donald L. Reihart_
DATE                                 SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant York County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA  17402

Party you represent: Officer Mark Lutz

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Omosefunmi_ VS _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_                                _Donald L. Reihart_ (signature)
DATE                                      SIGNATURE

Printed/typed name: ___Donald L. Reihart, Esquire___

Title if any: ___Assistant York County Solicitor___

Address of Person signing: ___2600 Eastern Blvd., Suite 204___

___York, PA   17402___

Party you represent: ___Officer Mark Lutz___

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Omosefunmi_ vs _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_                             _Donald L. Reihart_
DATE                                  SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant York County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

    York, PA  17402

Party you represent: Officer Everhart

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Omosefunmi_ vs _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_                             _Donald L. Reihart_
DATE                                   SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant York County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA 17402

Party you represent: Officer Everhart

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Omosefunmi_ vs _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_                                    _Donald J. Reihart_
DATE                                          SIGNATURE

Printed/typed name: Donald L. Reihart, Esquire

Title if any: Assistant York County Solicitor

Address of Person signing: 2600 Eastern Blvd., Suite 204

York, PA 17402

Party you represent: J. Hummel
York County Prison Medical Director