

# WAIVER OF SERVICE OF SUMMONS

TO: _Samson Omosefunmi_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Omosefunmi_ vs _York County Prison_, which is case number _CV-00-2228_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-12-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

FILED SCRANTON MAR - 7 2001 PER _____ DEPUTY CLERK

_2/28/01_   _Jacqueline M. Carolan_
DATE            SIGNATURE

Printed/typed name: _JACQUELINE M. CAROLAN_

Title if any: _ATTORNEY FOR DR. HUMMEL_

Address of Person signing: _For Rothschild O'Brien + Frankel_
_2000 Market St. Ste 1000_
_Phila PA 19103_

Party you represent: _J. Hummel - Medical Director_