**ORIGINAL**

⑲
4-9-0

2 to cr w/o



FILED
APR 0 6 2001
PER _____
HARRISBURG, PA.    DEPUTY CLE

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMSON OMOSEFUNMI<br>Plaintiff | NO: 1 : CV – 00 -2228 |
| v. | (Judge William W. Caldwell) |
| YORK COUNTY PRISON, THOMAS HOGAN, WARDEN, DENNIS W. BOWEN, DEPUTY WARDEN, CAPTAIN FRANK KLUYBER, JR., OFFICER MARK LUTZ, OFFICER EVERHART OFFICER FRANCISCO, and J. HUMMEL, MEDICAL DIRECTOR,<br>Defendants | |

### DEFENDANT'S RULE 12(B) (6) MOTION

The defendants, Kluyber, Lutz, Everhart, Francisco, and Jane Doe by and through their attorney Donald L. Reihart, Esquire, move your honorable court to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted for the following reasons:

(1)

42 U.S.C. § 1997 (e) provides:

No action shall be brought with respect to prison conditions under section 1979 of the revised statutes of the United States, {42 U.S.C. § 1983}, or any other Federal Law by a prisoner confined in any jail, prison, or other correctional

facility until such administrative remedies as are available are exhausted.

(2)

York County Prison has administrative remedies, which were in place at the time of the events described in Plaintiff's complaint. which include providing a prisoner with a legitimate complaint with money damages, changes in procedure and equitable relief.

(3)

Plaintiff has failed to comply with 42 U.S.C.§ 1997 (e) in that he has failed to file grievances and exhaust administrative remedies available to him concerning all of the prison conditions alleged in his complaint.

(4)

The claims set forth in Plaintiff's complaint are without foundation and should be dismissed as frivolous and malicious.

Respectfully submitted,

By: _____
Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Assistant Solicitor for York County

Dated: 4/5/01

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire certify that a true and correct copy of the foregoing Defendant's Rule 12(b) (6) Motion was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid thereon, addressed as follows:

        Samson Omosefunmi
        #026864117
        4250 Federal Drive
        Batavia, NY  14020

        Respectfully submitted,

By: _____
        Donald L. Reihart, Esq.
        Sup. Ct. I.D. #07421
        2600 Eastern Boulevard
        Suite 204
        York, PA 17402-2904
        Telephone (717) 755-2799

        Assistant Solicitor for York County

Dated: 4/5/01