# ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SAMSON OMOSEFUNMI, )
PLAINTIFF, )
)
Vs. ) DKT. #:1:00-CV-02228
)
YORK COUNTY PRINSON, ET., AL. )
DEFENDANTS. )

**FILED HARRISBURG APR 2 3 2001 MARY E. D'ANDREA, CLERK Per___ DEPUTY CLERK**

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff, Samson Omosefunmi, pro se hereby requests that this Honorable Court appoint him counsel, pursuant to titles 28 USC § 1915, and 18 USC § 3006A(g). In support of this motion, plaintiff states the followings:

1. That plaintiff is indigent and without any funds to hire an attorney;

2. That plaintiff is presently incarcerated at the INS Buffalo Federal Detention Facility, 4250 Federal Drive, Batavia, New York, 14020;

3. That the named defendants have filed their motions to dismiss plaintiff's complaint with the Court as present, and have raised some complex and Constitutional issues that will need to be answered and addressed by a very competent attorney;

4. That numerous discovery motions and trial motions will have to be filed, and counsel is necessary to prepare, pursue, and argue them, as well as the complaint itself;

5. That allowing not this motion for appointment of counsel, will put a damp impart on a meritorious case like this; and

6. That justice dictates such counsel be appointed to avoid a substantial risk of miscarriage of justice.

**WHEREFORE,** plaintiff prays, moves, and requests that this Honorable Court appoint him counsel under the equal protection clause of the 6th and 14th Amendments. Conversely, defendants will not be prejudice by the allowance of this motion.

Respectfully Submitted,
By The Plaintiff,

_____ 4/16/01
Samson Omosefunmi, Pro Se
#026864117
4250 Federal Drive
Batavia, NY., 14020

Dated: April 16th, 2001.

# CERTIFICATE OF SERVICE

RE: **OMOSEFUNMI Vs. YORK COUNTY PRISON, ET., AL.**
DKT. #:1:00-CV-02228

    I, Samson Omosefunmi, plainitiff, pro se, hereby certify that a true coupy of the following documents: (1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; (2) PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL, have been forwarded by first class mail, postage prepaid to the following parties to this action.

Hon. Clerk of Courts
United States District Court
Middle District of Pennsylvania
U.S. COURTHOUSE
228 Walnut Street
P.O. Box 983
Harrisburg, PA., 17108

Atty. Jacqueline M. Carolan
FOX - ROTHSCHILD, O'BRIEN & FRANKEL,LLP.
ATTORNEYS AT LAW
2000 Market Street, Tenth Floor
Philadelphia, PA., 19103-3291

Atty.Donald L. Reihart, Esq.
Asst. Solicitor for York County
2600 Eastern Blvd., Suite 204
York, PA., 17402-2799

    Signed under the pains and penalties of perjury on this 16th, day of April, 2001.

                                                 *[signature] 4/16/01*
                                      Samson Omosefunmi, Pro Se
                                      #026864117
                                      4250 Federal Drive
                                      Batavia, NY., 14020

Dated: April 16th, 2001.