**ORIGINAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMSON OMOSEFUNMI, PLAINTIFF, | ) ) ) |
| Vs. | ) DKT. #:1:00-CV-02228 ) |
| YORK COUNTY PRISON, ET., AL. DEFENDANTS. | ) ) ) |

FILED
HARRISBURG
APR 2 3 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS

**COMES NOW** plaintiff, Samson Omosefunmi, pro se, hereby opposes defenfants' Jyl Hummel; Frank Kluyber,Jr.; Mark Lutz; Everhart; Francisco; and Jane Doe(s) motions to dismiss, pursuant to Fed.R.Civ.P. Rules 12(b)(6). Defendants' motions are without merit and should be denied, where defendants have failed to demonstrates that, taking all of plaintiff's allegations of facts as true, there are no circumstances under which relief may be granted by this Honorable Court. See Roma Construction Co., Inc. v. Arusso, 96 F.3d 566 (1st Cir. 1996).

In support of this opposition, plaintiff will submit a memorandum of law and has timely sought an enlargement of time in which to file said motion and memorandum of law in support of plaintiff's opposition to defendants' motions to dismiss.

Respectfully Submitted,
By The Plaintiff,

_____ 4/16/01
Samson Omosefunmi, Pro Se
#026864117
Buffalo Fed. Det. Fac.
4250 Federal Drive
Batavia, NY., 14020

Dated: April 16th, 2001.

```
Hon. Clerk of Courts                     Samson Omosefunmi
United States District Court             #026864117
Middle District of Pennsylvania          4250 Federal Drive
U.S. COURTHOUSE                          Batavia, NY., 14020
228 Walnut Street                        April 16th, 2001.
P.O. Box 983
Harrisburg, PA., 17108
```

RE: OMOSEFUNMI Vs. YORK COUNTY PRISON, ET., AL.
    DKT. #:1:00-CV-02228

Dear Hon. Clerk;

Enclosed for filing, please find the following documents: (1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; (2) PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; and (3) CERTIFICATE OF SERVICE, in the above-captioned case.
Thank you for your prompt attention to this matter.

Sincerely,

*[signature]* 4/16/01
Samson Omosefunmi, Pro Se

cc: Atty. Jacqueline M. Carolan, Esq.
    FOX - ROTHSCHILD, O'BRIEN & FRANKEL, LLP.
    ATTORNEYS AT LAW
    2000 Market Street, Tenth Floor
    Philadelphia, PA., 19103-3291

    Atty. Donald L. Reihart, Esq.
    Asst. Solicitor for York County
    2600 Eastern Blvd., Suite 204
    York, PA., 17402-2799