IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMSON OMOSEFUNMI,
      Plaintiff               :

                              :

     vs.                 :   CIVIL ACTION NO. 1:CV-00-2228

                              :

YORK COUNTY PRISON, et al.,
      Defendants           :

**FILED**
HARRISBURG, PA

JUN 0 4 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## O R D E R

AND NOW, this 4th day of June, 2001, it is ordered that:

    1.  The motion (doc. no. 17) to dismiss of
defendant Hummel and the motion to dismiss of
defendants Kluber, Lutz, Everhart, Francisco
and Jane Doe (doc. no. 19) are converted to
motions for summary judgment under Fed. R.
Civ. P. 56.

    2.  The Plaintiff is hereby given twenty
days from the date of this order to file
briefs in opposition to the motions and any
supporting evidentiary material.

    3.  The Defendants may then file reply
briefs in accord with the local rules.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 4, 2001

Re:  1:00-cv-02228    Omosefunmi v. York County Prison

True and correct copies of the attached were mailed by the clerk
to the following:

> Samson Omosefunmi
> Buffalo Federal Detention Facility
> 026864117
> 4250 Federal Drive
> Batavia, NY  14020
>
> Donald L. Reinhart, Esq.
> The Law Offices of Donald Reihart
> 2600 Eastern Boulevard
> Suite 204
> York, PA  17402
>
> Jacqueline M. Carolan, Esq.
> Fox, Rothschild, O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103

```
cc:
Judge                       (  )              (  ) Pro Se Law Clerk
Magistrate Judge            (  )              (  ) INS
U.S. Marshal                (  )              (  ) Jury Clerk
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (  )
Federal Public Defender     (  )
Summons Issued              (  )   with N/C attached to complt. and served by:
                                   U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5         (  )
Order to Show Cause         (  )   with Petition attached & mailed certified mail
                                   to: US Atty Gen  (  )  PA Atty Gen (  )
                                       DA of County (  )  Respondents (  )
```

Bankruptcy Court          ( )
Other_____ ( )

                                              MARY E. D'ANDREA, Clerk

                                        BY: _____
DATE: ____6-4-01____                        Deputy Clerk