IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMSON OMOSEFUNMI, :
    Plaintiff :
  :
vs. : CIVIL ACTION NO. 1:CV-00-2228
  :
YORK COUNTY PRISON, et al., :
    Defendants :

O R D E R

FILED
HARRISBURG, PA
JUL 11 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 30 and April 6, 2001, the defendants filed motions to dismiss plaintiff's complaint. On June 4, 2001, an order was entered converting the motions to motions for summary judgment, and affording plaintiff twenty (20) days to file opposing briefs.

The last filing by plaintiff was on April 24, 2001, when he indicated he intended to oppose the motions. The order entered June 4, 2001, was mailed to plaintiff at his then current address, the Buffalo Federal Detention Center at Batavia, New York. On June 14, 2001, this mail was returned, indicating the addressee was "not known." The clerk of court contacted the facility and learned the plaintiff was deported on April 28, 2001.

Certified from the record
Date 7-11-01
Mary E. D'Andrea, Clerk
Per _George T. Gardner_
Deputy Clerk

AO 72A
(Rev.8/82)

In these circumstances it is ORDERED that plaintiff's complaint is dismissed. The clerk of court shall close this file.

                                          /s/ William W. Caldwell
William W. Caldwell
United States District Judge

Date: July 11, 2001

2

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                 * * MAILING CERTIFICATE OF CLERK * *

                           July 11, 2001


Re:  1:00-cv-02228      Omosefunmi v. York County Prison



True and correct copies of the attached were mailed by the clerk
to the following:


     Samson Omosefunmi
     Buffalo Federal Detention Facility
     026864117
     4250 Federal Drive
     Batavia, NY  14020

     Donald L. Reinhart, Esq.
     The Law Offices of Donald Reihart
     2600 Eastern Boulevard
     Suite 204
     York, PA  17402

     Jacqueline M. Carolan, Esq.
     Fox, Rothschild, O'Brien & Frankel
     2000 Market Street, 10th Floor
     Philadelphia, PA  19103



cc:
Judge                         ( )           ( ) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                        DA of County  ( )   Respondents   ( )
```

Bankruptcy Court         ( )
Other_____( )

                                                    MARY E. D'ANDREA, Clerk

DATE:  7-11-01                              BY: _____
                                                    Deputy Clerk